VICTORIA NOBLE  (SBN 337290)
tori@eff.org
KIT WALSH (SBN 303598)
kit@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 3:26-cv-02591-TSH |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS** |
| v. | |
| U.S. CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendant. | |

I, James A. Littau, do hereby affirm that I am over the age of 18 years and not a party to the within action.  My business address is 815 Eddy Street, San Francisco, California, 94109.

On March 27, 2026, I served the following documents

- Complaint

- Summons

- Certificate of Interested Entities or Parties

- Notice of Appearance of Christopher Walsh

- Order Setting Initial Case Management Conference and ADR Deadlines

- Consent or Declination to Magistrate Judge Jurisdiction

- Standing Order for Magistrate Judge Thomas S. Hixson

- Discovery Standing Order for Magistrate Judge Thomas S. Hixson

-1-

CASE NO.: 3:26-cv-02591-TSH                                PROOF OF SERVICE OF SUMMONS

- Standing Order for All Judges of the Northern District of California

- ECF Registration Information

- Notice of Assignment of Case to Magistrate Judge

- Notice of Availability of Magistrate Judge to Exercise Jurisdiction

I served the following parties via United States Postal Service Certified Mail with postage prepaid and with the following receipt numbers (receipts attached hereto):

| | |
|---|---|
| US Department of Health and Human Services<br>General Counsel<br>200 Independence Avenue, S.W.<br>Washington, DC 20201 | 70191640000081233607 |
| US Attorney for the Northern District of California<br>ATTN: Civil Process Clerk<br>450 Golden Gate Avenue<br>San Francisco, CA 94102= | 70191640000081233010 |
| US Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | 70191640000081232846 |

As reflected in the attached tracking reports from the U.S. Postal Service, the certified mail described above was received on the following dates:

| | |
|---|---|
| US Department of Health and Human Services | April 6, 2026 |
| US Attorney for the Northern District of California | March 30, 2026 |
| US Attorney General | April 8, 2026 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 9, 2026.,

James A. Littau

-2-

CASE NO.: 3:26-cv-02591-TSH                              PROOF OF SERVICE OF SUMMONS



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20201

| Certified Mail Fee | $5.30 |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $ $0.00

Postmark
Here
MAR 27 2026

03/27/2026

| Postage | $3.28 |
|---|---|
| $ | |
| Total Postage and Fees | |
| $12.98 | |

Sent To  US Dept. of Health & Human Svs.
Street and Apt. No., or PO Box  200 Independence Avenue, S.W.
City, State, ZIP+4®  Washington, DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94102

| Certified Mail Fee | $5.30 |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $

Postmark
Here
MAR 27 2026

03/27/2026

| Postage | $3.28 |
|---|---|
| $ | |
| Total Postage and Fees | |
| $12.98 | |

Sent To  US Attorney for N.D. California
Street and Apt. No., or PO Box No.  450 Golden Gate Avenue
City, State, ZIP+4®  San Francisco, CA 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

| Certified Mail Fee | $5.30 |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $

Postmark
Here
MAR 27 2026

03/27/2026

| Postage | $3.28 |
|---|---|
| $ | |
| Total Postage and Fees | |
| $12.98 | |

Sent To  United States Attorney General
Street and Apt. No., or PO Box  950 Pennsylvania Avenue, NW
City, State, ZIP+4®  Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70191640000081233607

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:39 am on April 6, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
April 6, 2026, 9:39 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                    ⌄

**Product Information**                                    ⌄

Feedback

**See Less** ⌃

Track Another Package

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 70191640000081233010

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:04 pm on March 30, 2026 in SAN FRANCISCO, CA 94102.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94102
March 30, 2026, 1:04 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**          ⌄

Feedback

**USPS Tracking Plus®**          ⌄

**Product Information**          ⌄

**See Less** ⌃

Track Another Package

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70191640000081232846

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:37 am on April 8, 2026 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
April 8, 2026, 4:37 am

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers