CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone:  (415) 436-7320
    Facsimile:  (415) 436-6748
    Kenneth.Kao@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. CENTERS FOR MEDICARE &<br>MEDICAID SERVICES,<br><br>    Defendant. | Case No. 3:26-cv-02591-TSH<br><br>**STIPULATED JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXEMPT PARTIES FROM RULE 26 REQUIREMENTS;**<br>**ORDER** |

Plaintiff Electronic Frontier Foundation ("Plaintiff") and defendant U.S. Centers for Medicare & Medicaid Services ("Defendant"), through their undersigned counsel, hereby stipulate pursuant to Civil Local Rule 6-2 and 7-12, subject to the approval of the Court, that the initial case management conference ("CMC") set for July 2, 2026 at 10:00 a.m., be continued and that this action be exempted from the initial disclosure and conference requirements of Federal Rules of Civil Procedure 26(a) and (f). This stipulation is based on the accompanying Declaration of Kenneth J. Kao and the following facts:

1. This action, filed on March 25, 2026, under the Freedom of Information Act ("FOIA"), identifies 14 categories of documents listed in one FOIA request directed to Defendant on January 29, 2026, that are the subject of this litigation. Since the filing of the lawsuit, Defendant has undergone an extensive

STIP TO CONT CMC AND EXEMPT FROM RULE 26 REQS;  ORDER
NO. 3:26-cv-02591-TSH                                        1

search for the listed documents, and the parties have now engaged in cooperative and productive communications regarding the documents sought in the request and the search for and release of responsive records.

2. Pursuant to these discussions, Defendant has identified 1,837 pages of potentially responsive records that still need to be examined to provide Plaintiff with any reasonably segregable, non-exempt portions thereof. The parties have agreed to a schedule whereby Defendant will release 500 pages of non-exempt, responsive records each month, beginning with an initial production on June 29, 2026, and continuing on the 29th day of each successive month until all identified pages have been released or Defendant's production is otherwise complete.

3. Accordingly, the parties stipulate and request that the CMC currently scheduled for July 2, 2026 be continued until **October 15, 2026** while the parties continue this production process. The parties will provide the Court with a joint status report by **October 8, 2026** and an interim joint status report by **August 20, 2026**. With their October 8, 2026 joint status report, the parties may request a further continuance of the CMC or, if the need arises, request to appear at the CMC. The parties respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and Court's resources.

4. The parties further agree that this case will likely not require discovery. To allow time for Defendant to complete its responses to Plaintiff's FOIA request as stated above and for the parties to resolve as many issues as possible among themselves, the parties stipulate and request that they be relieved from the initial disclosure and conference requirements of Federal Rule of Civil Procedure 26(a) and (f).

5. The parties also note that with respect to Civil Local Rule 3-16, Defendant has not filed a disclosure because government entities and their agencies are excused from this requirement. Plaintiff filed a Certification of Interested Entities or Persons stating that, aside from the named parties, there is no interest to report. *See* ECF No. 3.

6. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED:  June 11, 2026                    Respectfully submitted,


                                         CRAIG H. MISSAKIAN
                                         United States Attorney

                                         */s/ Kenneth J. Kao*
                                         KENNETH J. KAO
                                         Assistant United States Attorney

                                         Attorneys for Defendant



                                         */s/ Victoria Noble*
                                         VICTORIA NOBLE
                                         Attorney for Plaintiff
                                         Electronic Frontier Foundation

STIP TO CONT CMC AND EXEMPT FROM RULE 26 REQS;  ORDER NO. 3:26-cv-02591-TSH                    3

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for July 2, 2026 is continued until **October 15, 2026 at 10:00 a.m.** The parties shall provide a joint status report by **October 8, 2026** and an interim joint status report by **August 20, 2026**. It is further ordered that this action is exempt from the initial disclosure and conference requirements of Federal Rule of Civil Procedure 26(a) and (f).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 11, 2026

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge

STIP TO CONT CMC AND EXEMPT FROM RULE 26 REQS;  ORDER NO. 3:26-cv-02591-TSH                    4